

# NUMBER 13-20-00478-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAKE CISNEROS, **Appellant,**

**v.**

THE STATE OF TEXAS, **Appellee.**

## On appeal from the 214th District Court of Nueces County, Texas.

# SUPPLEMENTAL ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

On December 23, 2020, we abated this cause and remanded the matter to the trial court for a hearing to determine whether the appellant has the right of appeal. On March 10, 2021, appellant's counsel filed correspondence indicating appellant expressed a desire to withdraw this appeal.

Accordingly, the trial court is hereby ordered to determine whether appellant

desires to abandon this appeal. Furthermore, the trial court is ordered to cause the supplemental clerk's record to be filed with the Clerk of this Court within fifteen days of the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
15th day of March, 2021.